Phillip A. Talbert
Acting United States Attorney
CHRISTOPHER HARRIS
Acting Regional Chief Counsel, Region VI
Social Security Administration
KRISTINE VITEMB, Texas BN 24065153
Special Assistant United States Attorney
    1301 Young St., Suite 350
    Mailroom 104
    Dallas, TX 75202
    Telephone: (214) 767-8378
    Facsimile: (214) 767-4117
    E-Mail: Kristine.Vitemb@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TRACIE BELL,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,[1]<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-CV-00940-CKD (SS)<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, the parties stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from February 18, 2022, up to and including Monday, March 21, 2022. This is the Defendant's first request for an extension.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Counsel for Defendant has previously been out of the office for a scheduled surgery and currently has a backlog of work with several pending deadlines. Therefore, the undersigned respectfully requests a 30-day extension to complete Commissioner's Response Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 26, 2022            /s/ *Francesco Benavides*
                                   (*as authorized via e-mail on January 26, 2022)
                                   FRANCESCO BENAVIDES
                                   Attorney for Plaintiff

Respectfully submitted,

Dated:  January 26, 2022           PHILLIP A. TALBERT
                                   Acting United States Attorney
                                   CHRISTOPHER HARRIS
                                   Acting Regional Chief Counsel, Region VI
                                   Social Security Administration

                            By     /s/  *Kristine Vitemb*
                                   KRISTINE VITEMB
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including Monday, March 21, 2022, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  January 27, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE