PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HIBN 5890
Acting Regional Chief Counsel, Region IX and
CHRISTOPHER J. HARRIS
Acting Regional Chief Counsel, Region VI
JENNIFER J. SELBY, MSBN 10183
    1301 Young St., Suite 305
    Mailroom 104
    Dallas, TX  75202
    Telephone: (214) 767-4464
    Facsimile: (214) 767-4117
    Email: jennifer.selby@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACIE BELL,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:21-CV-00940-CKD<br><br>STIPULATION AND ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security (Commissioner) has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

On remand, the administrative law judgment (ALJ) will offer Plaintiff the opportunity for a de novo hearing and issue a new decision.  The ALJ will re-evaluate the medical opinion evidence.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  March 18, 2022              Respectfully submitted,

                                By:   */s/ Francesco P. Benavides by Jennifer J. Selby*
                                      *As authorized *via* email on March 15, 2022
                                      Francesco P. Benavides
                                      Attorney for Plaintiff

Dated:  March 18, 2022              PHILLIP A. TALBERT
                                    United States Attorney
                                    Eastern District of California

                                By:  */s/ Jennifer J. Selby*
                                     JENNIFER J. SELBY
                                     Special Assistant United States Attorney

Of Counsel for the Defendant:

PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX and
CHRISTOPHER J. HARRIS
Acting Regional Chief Counsel, Region VI
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

Dated:  March 23, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE